Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| EFRIN MATTHEW CARDENAS, | Case No. 2-17-bk-01480-SHG |
| and | **TRUSTEE'S RECOMMENDATION ON SECOND MODIFIED PLAN** |
| TRISHA LYNETTE CARDENAS, | Deadline is January 21, 2019 |
| Debtors. | |

The Trustee has reviewed the Second Modified Chapter 13 Plan filed October 2, 2018.

The Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) Debtors have failed to remit plan payments are currently $3,393.72 in default.

(2) Debtors have failed to provide copies of their 2017 federal and state income tax returns.

(3) If Debtors bring the Plan payments current and provide copies of their tax returns, the Trustee will file a Supplemental Recommendation

SUMMARY: Pursuant to Local Rule 2084-10(b), by January 21, 2019, Debtors are to resolve the above issues or the Debtors must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Rachel Flinn
2018.12.20
13:49:26 -07'00'

Copy mailed or emailed to:

EFRIN MATTHEW CARDENAS
TRISHA LYNETTE CARDENAS
26658 NORTH BABBLING BROOKE DRIVE
PHOENIX, AZ 85083

THE TURNAROUND TEAM
1166 E. WARNER ROAD
SUITE 205
GILBERT, AZ 85296

Jessica Morales
2018.12.20
15:19:29 -07'00'

*jmorales@ch13bk.com*